**Fill in this information to identify the case:**

Debtor name   **Legal Advocacy, P.C.**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)   **2:21-bk-18018**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■ *Schedule A/B: Assets—Real and Personal Property* (Official Form 206A/B)

■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■ *Schedule H: Codebtors* (Official Form 206H)

■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule*

■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **November 1, 2021**       x  *Christine L. Constantino, Jr.*
                                           _____
                                           Signature of individual signing on behalf of debtor

                                           **Christine Constantino, Jr.**
                                           Printed name

                                           **Authorized Agent of Legal Advocacy, P.C.**
                                           Position or relationship to debtor

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy

# United States Bankruptcy Court
## Central District of California

In re  **Legal Advocacy, P.C.**

Debtor(s)

Case No.  **2:21-bk-18018**

Chapter  **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Norman A. Yatooma**<br>**1450 W. Square Lake Road**<br>**Bloomfield Hills, MI 48302** | | **100%** | **Shareholder** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Authorized Agent of Legal Advocacy, P.C.** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **November  1, 2021**

Signature  *Christine L. Constantino, Jr.*

**Christine Constantino, Jr.**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
### UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at   Bloomfield Hills, MI _____ , California.

Date:   November  1, 2021 _____

*Christine L. Constantino, Jr.*
**Christine Constantino, Jr.**
Signature of Debtor 1

_____
Signature of Debtor 2

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*October 2018*                *Page 1*                **F 1015-2.1.STMT.RELATED.CASES**

**Fill in this information to identify the case:**

Debtor name    **Legal Advocacy, P.C.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    **2:21-bk-18018**

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1.    *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*..................................................................................    $            0.00

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*.............................................................................    $      1,946,764.49

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*...............................................................................    $      1,946,764.49

| Part 2: | Summary of Liabilities |
|---|---|

2.    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $      2,141,524.68

3.    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.............................................    $       141,152.07

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................    +$       115,011.26

4.    Total liabilities ..................................................................................................................
    Lines 2 + 3a + 3b                                                                       $      2,397,688.01

| Fill in this information to identify the case: |
|---|
| Debtor name  **Legal Advocacy, P.C.** |
| United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known)  **2:21-bk-18018** |

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:        Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*
   Name of institution (bank or brokerage firm)          Type of account          Last 4 digits of account number

| | Name of institution | Type of account | Last 4 digits | Current value |
|---|---|---|---|---|
| 3.1. | **Bank of Ann Arbor** | | 0799 | $33.99 |
| 3.2. | **Bank of Ann Arbor** | | 3281 | $66.75 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**                                                                                    | $100.74 |
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:        Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

**Part 3:        Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11. **Accounts receivable**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                                    Best Case Bankruptcy

| Debtor | **Legal Advocacy, P.C.** | Case number *(If known)* **2:21-bk-18018** |
| --- | --- | --- |
| | Name | |

| 11a. 90 days old or less: | 21,297.38 | - | 0.00 | = .... | $21,297.38 |
| --- | --- | --- | --- | --- | --- |
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | 368,621.41 | - | 0.00 | =.... | $368,621.41 |
| --- | --- | --- | --- | --- | --- |
| | face amount | | doubtful or uncollectible accounts | | |

| 12. | **Total of Part 3.** | $389,918.79 |
| --- | --- | --- |
| | Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | |

**Part 4:**  **Investments**

**13. Does the debtor own any investments?**

- ■ No. Go to Part 5.
- ☐ Yes Fill in the information below.

**Part 5:**  **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

- ■ No. Go to Part 6.
- ☐ Yes Fill in the information below.

**Part 6:**  **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

- ■ No. Go to Part 7.
- ☐ Yes Fill in the information below.

**Part 7:**  **Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

- ☐ No. Go to Part 8.
- ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| 39. **Office furniture** | | | |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| HP Pavilion computer and accessories | Unknown | | Unknown |

| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | |
| --- | --- | --- |

| 43. | **Total of Part 7.** | $0.00 |
| --- | --- | --- |
| | Add lines 39 through 42.  Copy the total to line 86. | |

**44.**    **Is a depreciation schedule available for any of the property listed in Part 7?**

- ■ No

| Debtor | **Legal Advocacy, P.C.** | Case number *(If known)* | **2:21-bk-18018** |
| --- | --- | --- | --- |
| | Name | | |

☐ Yes

45.   **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
| --- | --- |

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
| --- | --- | --- | --- |
| **47.   Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.   **2002 911 Porsche; VIN WP0CA29902S650574** | $0.00 | Blue Book | $15,000.00 |

48.   **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49.   **Aircraft and accessories**

50.   **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51.   **Total of Part 8.**

| | |
| --- | --- |
| Add lines 47 through 50.  Copy the total to line 87. | $15,000.00 |

52.   **Is a depreciation schedule available for any of the property listed in Part 8?**
   ■ No
   ☐ Yes

53.   **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

| Part 9: | Real property |
| --- | --- |

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55.       **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of<br>property<br>Include street address or other<br>description such as Assessor<br>Parcel Number (APN), and type<br>of property (for example,<br>acreage, factory, warehouse,<br>apartment or office building, if<br>available. | Nature and<br>extent of<br>debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
| --- | --- | --- | --- | --- |
| 55.1.   **633 W 3rd Street, Los Angeles, CA 90036.** | Leasehold | $0.00 | Market | $0.00 |

| Debtor | **Legal Advocacy, P.C.** | Case number *(If known)* **2:21-bk-18018** |
|---|---|---|
| | Name | |

---

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

> **$0.00**

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

■ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

71. **Notes receivable**
Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**
**Shellnut v Boyer**
**Styled Case no. 19-874635-DC**
**Closed case.**

**In Re Jayden Boyer**
**Styled Case No: 2011-340128-LG**
**Pending in Oakland County Probate Court**
**Closed case.**

**In Re Jayden Boyer**
**Styled Case No: 2020-881878-NA**
**Pending in: Oakland County Family Court**
**Closed case.**                                                          $25,033.96

| Nature of claim | **Custody - Attorneys' fees; counsel of record.** |
|---|---|
| Amount requested | **$25,033.96** |

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Legal Advocacy, P.C.** | Case number *(If known)* **2:21-bk-18018** |
|---|---|---|
| | Name | |

**Moceri v Romano et al.**
**Styled Case No. 356616**
**Pending action in the Michigan Court of Appeals**

**Moceri v. Romano et al.**
**Styled Case No. 2019-178399-NM**
**Also pending in the Oakland County Circuit Court.**                                           $19,976.81

| Nature of claim | **Legal Malpractice - Attorneys' fees; counsel of record.** |
|---|---|
| Amount requested | **$0.00** |

**Scheunemann et al. v D'Ambrosio et al.**
**Styled Case No. 2019-004881-NO**
**Closed case.**                                                                                      $0.00

| Nature of claim | **Civil - Attorneys' fees; counsel of record.** |
|---|---|
| Amount requested | **$6,666.50** |

**Colorado Seasons, Inc. v. Norman Yatooma &**
**Associates, P.C. et al.**
**Styled case No. 19STCV24643**
**Pending in the Los angeles Superior Court**
**Litigation is a contingent asset. Value is based on full**
**amount of the claim and not reduced for risk or cost of**
**litigation.**                                                                                  $1,011,000.00

| Nature of claim | **Attorneys' fees; counsel of record.** |
|---|---|
| Amount requested | **$1,011,000.00** |

| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** |
|---|---|

| 76. | **Trusts, equitable or future interests in property** |
|---|---|

77.    **Other property of any kind not already listed** *Examples:* Season tickets, country club membership
**IOLTA Bank account at Bank of Ann Arbor. Account number ending 0802. This account is not Debtor's property.**                                                                        $85,734.19

**Legal award of $400,000.00 awarded to Debtor in the case of Norman Yatooma & Associates, P.C. v. Cohen Lerner & Rabinovitz, Styled Case No. 2016-153017-CB pending in the State of Michigan, County of Oakland.**                                $400,000.00

| 78. | **Total of Part 11.** | **$1,541,744.96** |
|---|---|---|
| | Add lines 71 through 77. Copy the total to line 90. | |

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

Debtor      **Legal Advocacy, P.C.**                                    Case number *(If known)*  **2:21-bk-18018**
            <span style="font-size:small">Name</span>

---

| Part 12: | Summary |
|----------|---------|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $100.74 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $389,918.79 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $15,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.....................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $1,541,744.96 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,946,764.49 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $1,946,764.49 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name __**Legal Advocacy, P.C.**_____

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)   __**2:21-bk-18018**_____

☐ Check if this is an
   amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                 12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br><br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** **PNC Bank, N.A.** | Describe debtor's property that is subject to a lien | **$2,141,524.68** | **Unknown** |

2.1 | **PNC Bank, N.A.**
Creditor's Name

C/o Patrick C. Lannen
38505 Woodward Ave.,
Suite 100
Bloomfield Hills, MI 48304
Creditor's mailing address

plannen@plunkettcooney.com
Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Judgment entered February 11, 2020 in the U.S. District Court, Eastern District of Michigan, case number 4:16-cv-13258-LVP-SDD**

**Describe the lien**
**All personal property assets**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**3.** Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.          **$2,141,524.68**

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Plunkett Cooney**<br>**c/o Patrick C. Lannen**<br>**38505 Woodward Ave., Suite 100**<br>**Bloomfield Hills, MI 48304** | Line __**2.1**__ | |

**Fill in this information to identify the case:**

Debtor name    **Legal Advocacy, P.C.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    **2:21-bk-18018**

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.   **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2.   **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,652.18 | $3,652.18 |
|---|---|---|---|---|

**2.1** Priority creditor's name and mailing address
**Christine Constantino, Jr.**
**2211 S. Telegraph Road**
**P.O. Box 7325**
**Bloomfield Hills, MI 48302**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim **$3,652.18**    Priority amount **$3,652.18**

Date or dates debt was incurred
**October 1, 2021 to October 18,**
**2021**

Basis for the claim:
**Unpaid payroll.**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.2** Priority creditor's name and mailing address
**EDD**
**P.O. Box 826215 MIC 3A**
**Sacramento, CA 94280-0001**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim **$0.00**    Priority amount **$0.00**

Date or dates debt was incurred

Basis for the claim:
**NOTICE ONLY**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

| Debtor | **Legal Advocacy, P.C.** | Case number (if known) | **2:21-bk-18018** |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Franchise Tax Board**
**Bankruptcy Section, MS: A-340**
**P.O. Box 2952**
**Sacramento, CA 95812-2952**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**NOTICE ONLY**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Internal Revenue Service**
**P.O. Box 21126**
**Philadelphia, PA 19114**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**NOTICE ONLY**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$19,038.36** | **$13,650.00** |
|---|---|---|---|---|

**Nicole Yatooma**
**1450 West Square Lake Road**
**Bloomfield Hills, MI 48302**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**May 14, 2021 to October 18, 2021**

Basis for the claim:
**Unpaid payroll.**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$118,461.53** | **$13,650.00** |
|---|---|---|---|---|

**Norman Yatooma**
**1450 West Square Lake Road**
**Bloomfield Hills, MI 48302**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**May 14, 2021 to October 18, 2021**

Basis for the claim:
**Unpaid payroll**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**Part 2:**    **List All Creditors with NONPRIORITY Unsecured Claims**

3.   List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

**Amount of claim**

| Debtor | **Legal Advocacy, P.C.** | Case number (if known) | **2:21-bk-18018** |
|---|---|---|---|
| | Name | | |

---

**3.1** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$20,000.00**

**Art Brand Studios, LLC**
**18715 Madrone Pkwy**
**Morgan Hill, CA 95037**

Date(s) debt was incurred __
Last 4 digits of account number __

☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  <u>Sanction issued against firm in case of Art Band
Studios,LLC v Colorado Seasons, Inc. et al., Styled Case No.
20STCP01099.  Contingent on payment to Davis Write Tremaine LLP
and Next Point Capital Corporation.</u>

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.2** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Colorado Seasons, Inc.**
**260 Glenco Street**
**Denver, CO 80202**

Date(s) debt was incurred __
Last 4 digits of account number __

☒ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:  <u>Colorado Seasons, Inc v Norman Yatooma &
Associates, P.C. et al. in the Superior Court of the State of California
County of Los Angeles, Central District Case No. 19-STCV-24643</u>

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.3** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$20,000.00**

**Davis Wright Tremaine**
**865 South Figueroa Street**
**24th Floor**
**Los Angeles, CA 90017**

Date(s) debt was incurred __
Last 4 digits of account number __

☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  <u>Sanction issued against firm in case of Art Band
Studios,LLC v Colorado Seasons, Inc. et al., Styled Case No.
20STCP01099.  Contingent on payment to Art Brand Studios, LLC and
Next Point Capital Corporation.</u>

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.4** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$14,510.76**

**Leaf Capital Funding, LLC**
**c/o Fleischer,Fleischer & Suglia PC**
**Four Greentree Centre**
**601 Route 73 North, Suite 305**
**Marlton, NJ 08053**

Date(s) debt was incurred __
Last 4 digits of account number  **1001**

☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:  <u>Service Lease</u>

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.5** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$40,500.50**

**Monster PPC, LLC**
**8275 S. Eastern Ave.**
**Suite 200-204**
**Las Vegas, NV 89123**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  <u>Lease of real property.</u>

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$20,000.00**

**Next Point Capital Corporation**
**10866 wilshire Blvd**
**Los Angeles, CA 90024**

Date(s) debt was incurred __
Last 4 digits of account number __

☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  <u>Sanction issued against firm in case of Art Band
Studios,LLC v Colorado Seasons, Inc. et al., Styled Case No.
20STCP01099.  Contingent on payment to Art Brand Studios, LLC and
Davis Write Tremaine LLP.</u>

Is the claim subject to offset? ☒ No  ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | **Legal Advocacy, P.C.** | Case number (if known) | **2:21-bk-18018** |
|---|---|---|---|
| | Name | | |

---

<span style="background:black;color:white">**Part 3:**</span>    **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Park Mills LLP**<br>**800 W. 6th Street, Suite 500**<br>**Los Angeles, CA 90017** | Line  **3.2** <br><br>☐  Not listed. Explain ____ | _ |

---

<span style="background:black;color:white">**Part 4:**</span>    **Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $            141,152.07 |
| **5b. Total claims from Part 2** | 5b.  + | $            115,011.26 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $            256,163.33 |

**Fill in this information to identify the case:**

Debtor name    **Legal Advocacy, P.C.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    **2:21-bk-18018**

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
      ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
      ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal        Property*
      (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for Copier servicing.  Lease is for $174.61 per month.** | |
| | State the term remaining | **9/26/2022** | **Applied Imaging** |
| | List the contract number of any government contract | | **24050 Northwestern HWY Southfield, MI 48075** |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for $126.00 per month for confirming education.** | |
| | State the term remaining | **Month-to-Month** | **Institute for Continuing Legal Education** |
| | List the contract number of any government contract | | **1020 Greene St Ann Arbor, MI 48109** |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of property located at 6333 W 3rd Street, Los Angeles, CA 90036. Lease payment is $1000 per month.** | |
| | State the term remaining | **Month-to-Month** | **Monster PPC, LLC** |
| | List the contract number of any government contract | | **8275 S. Eastern Ave. Suite 200-204 Las Vegas, NV 89123** |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for Copier equipment.  Lease is for $324.88 per month.** | |
| | State the term remaining | **9/26/2022** | **US Bank Equipment Finance** |
| | List the contract number of any government contract | | **P.O. Box 790448 Saint Louis, MO 63179** |

| Debtor 1 | **Legal Advocacy, P.C.** | | | Case number *(if known)* | **2:21-bk-18018** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of P.O. Box for June, 2021 through April 30, 2021.** | |
|---|---|---|---|
| | State the term remaining | **6 Months** | |
| | List the contract number of any government contract | | **USPS**<br>**2211 S. Telegraph Road**<br>**Bloomfield Hills, MI 48302** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Lease is for $384.50 per month for telephone.** | |
|---|---|---|---|
| | State the term remaining | **month to month** | |
| | List the contract number of any government contract | | **Verizon**<br>**1095 Ave. of the Americas**<br>**New York, NY 10018** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name  **Legal Advocacy, P.C.**

United States Bankruptcy Court for the:  CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)  **2:21-bk-18018**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors
          **12/15**

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

    **1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

    **2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1  **Norman A. Yatooma** | **1450 W. Square Lake Road Bloomfield Hills, MI 48302 Joint and several liability under PNC Judgment.** | **PNC Bank, N.A.** | ■ D   **2.1**___ <br> ☐ E/F _____ <br> ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name     **Legal Advocacy, P.C.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    **2:21-bk-18018**

☐ Check if this is an
   amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).

**Part 1:**    **Income**

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From  **1/01/2021** to **Filing Date** | ■ Operating a business ☐ Other _____ | **$171,005.66** |
| **For prior year:** From  **1/01/2020** to **12/31/2020** | ■ Operating a business ☐ Other _____ | **$358,341.89** |
| **For year before that:** From  **1/01/2019** to **12/31/2019** | ■ Operating a business ☐ Other _____ | **$7,477,781.62** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits,
    and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|

**Part 2:**    **List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before
    filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22
    and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
|---|---|---|---|

| Debtor | **Legal Advocacy, P.C.** | | Case number *(if known)* | **2:21-bk-18018** |

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1.     **See Attachment 3** | **See Attachment 3** | **$0.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **See Attachment 3** |

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.     **Norman A. Yatooma**<br>**1450 W. Square Lake Road**<br>**Bloomfield Hills, MI 48302**<br>**shareholder, officer, and director** | **September 8,**<br>**2021** | **$4,724.00** | **Expense reimbursement** |

5.  **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6.  **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was<br>taken | Amount |
|---|---|---|---|

| **Part 3:** | **Legal Actions or Assignments** |

7.  **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and<br>address | Status of case |
|---|---|---|---|
| 7.1.     **Norman Yatooma &**<br>**Associates, P.C. v Booras**<br>**20-000247-CB** | **Collections** | **Washtenaw County Circuit**<br>**Court**<br>**101 E. Huron Street**<br>**P.O. Box 8645**<br>**Ann Arbor, MI 48107** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

Debtor    **Legal Advocacy, P.C.**    Case number *(if known)* **2:21-bk-18018**

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.2. | **Gray v Norman Yatooma & Associates, P.C.**<br>**19-173113-CB** | **Employment** | **Oakland County Circuit Court**<br>**1200 N. Telegraph Rd.,**<br>**Pontiac, MI 48340** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.3. | **PNC Bank v. Legal Advocacy, P.C.**<br>**2016-cv-13258** | **Civil** | **US District Court Eastern District of MI**<br>**Theodore Levin US Courthouse**<br>**231 W. Lafayette Blvd.,**<br>**Detroit, MI 48226** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | **Norman Yatooma & associates, P.C. v Cohen Lerner & Rabinovitz, P.C. et al.**<br>**2016-153017-CB** | **Civil** | **Oakland County Circuit Court**<br>**1200 N. Telegraph Rd.,**<br>**Pontiac, MI 48340** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. | **Tinsley et al v Norman Yatooma & associates, P.C.**<br>**162041** | **Legal Malpractice** | **Michigan Supreme Court**<br>**925 W. Ottawa St.**<br>**Lansing, MI 48915** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.6. | **Tinsley et al. v Norman Yatooma & Associates, P.C.**<br>**349354** | **Legal Malpractice** | **Michigan Court of Appeals**<br>**Michigan Hall of Justice**<br>**925 W. Ottawa St.**<br>**Lansing, MI 48915** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.7. | **Tinsley et al. v Norman Yatooma & Associates, P.C.**<br>**18-011537-NM** | **Legal Malpractice** | **Wayne County Circuit Court**<br>**2 Woodward Avenue**<br>**Detroit, MI 48226** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

**8.  Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:**    **Certain Gifts and Charitable Contributions**

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:**    **Certain Losses**

10.  **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Debtor | **Legal Advocacy, P.C.** | Case number *(if known)* **2:21-bk-18018** |

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
| --- | --- | --- | --- |

**Part 6:    Certain Payments or Transfers**

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
| --- | --- | --- | --- | --- |
| 11.1. | **Haberbush, LLP<br>444 West Ocean Boulevard, Suite 1400<br>Long Beach, CA 90802** | | **October 18, 2021** | **$20,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor?<br>**Bob Noll** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
| --- | --- | --- | --- |

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
| --- | --- | --- | --- |

**Part 7:    Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy<br>From-To |
| --- | --- | --- |
| 14.1. | **1615 S. Telegraph Road<br>Suite 300<br>Bloomfield Hills, MI 48302** | **March 1, 2014 to June 30, 2020** |

| Debtor | **Legal Advocacy, P.C.** | Case number *(if known)* | **2:21-bk-18018** |
|--------|---------------------------|--------------------------|-------------------|

---

**Part 8:**  Health Care Bankruptcies

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
|---------------------------|----------------------------------------------------------------------------------|--------------------------------------------------------------------------|

**Part 9:**   Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
■ Yes. State the nature of the information collected and retained.

**Personal information for cases. This information is maintained pursuant to the ethical rules.**

Does the debtor have a privacy policy about that information?
■ No
☐ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

     ■ No Go to Part 10.
     ☐ Yes. Fill in below:

**Part 10:**   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|----------------------------------------|---------------------------------|-------------------------------|------------------------------------------------------|-----------------------------------------|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|-----------------------------------------|-------------------------------------------|-----------------------------|-----------------------|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

Debtor    **Legal Advocacy, P.C.**    Case number *(if known)*    **2:21-bk-18018**

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:**   **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Hofley Burns et al v Walter Wheble et al | **Bank of Ann Arbor ILOTA Account Woodward Ave. Birmingham, MI 48009** | **Account ending 0802.** | **$85,734.19** |

**Part 12:**   **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.   Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.

■   No.
☐   Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23.   Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?

■   No.
☐   Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24.   Has the debtor notified any governmental unit of any release of hazardous material?

■   No.
☐   Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**   **Details About the Debtor's Business or Connections to Any Business**

25.   **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

Official Form 207    Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    page 6

Debtor    **Legal Advocacy, P.C.**                                Case number *(if known)*    **2:21-bk-18018**

---

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
| --- | --- | --- |
| | | |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
| --- | --- |
| 26a.1.    **Matthew R. Hudkins<br>31272 Edgeworth Drive<br>Madison Heights, MI 48071** | **November 27, 2017<br>to present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
| --- | --- |
| 26b.1.    **Matthew R. Hudkins<br>31272 Edgeworth Drive<br>Madison Heights, MI 48071** | **November 27, 2017<br>to present** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
| --- | --- |
| 26c.1.    **Matthew R. Hudkins<br>31272 Edgeworth Drive<br>Madison Heights, MI 48071** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
| --- |
| |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
| --- | --- | --- |
| | | |

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| **Norman Yatooma** | **1450 West Square Lake Road<br>Bloomfield Hills, MI 48302** | **Shareholder, President** | **100** |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in**

Debtor    **Legal Advocacy, P.C.**                                      Case number *(if known)*    **2:21-bk-18018**

control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
    Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

**Part 14:**    **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **November 1, 2021**

*Christine L. Constantino, Jr.*          **Christine Constantino, Jr.**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **Authorized Agent of Legal Advocacy, P.C.**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
☑ No
☐ Yes

| Type | Date | Num | Name | Memo | Address | IN | OUT | Notes |
|---|---|---|---|---|---|---|---|---|
| Check | 11/2/2020 | 46 | Norman A. Yatooma | CHECK 46 | | | $9,015.39 | Payroll |
| Check | 7/23/2021 | 1013 | ADP - Payroll Fees | ADP PAYROLL FEES ADP - FEES 2RJHD 1639099 | One ADP Boulevard, Roseland, NJ 07068 | | $76.04 | |
| Check | 7/23/2021 | | | CASHIERS CHECK PURCHASE | | | $30.00 | ClientExpense |
| Check | 7/23/2021 | | | CASHIERS CHECK PURCHASE | | | $60.00 | ClientExpense |
| Check | 7/27/2021 | | | CASHIERS CHECK PURCHASE | | | $72.00 | ClientExpense |
| Check | 7/30/2021 | 1014 | ADP - Payroll and Taxes | ADP Tpe ADP Tax ROJHD 073014A01 | One ADP Boulevard, Roseland, NJ 07068 | | $1,051.22 | |
| Check | 7/30/2021 | 1015 | ADP - Payroll and Taxes | ADP WAGE PAY WAGE PAY 927020387159JHD | One ADP Boulevard, Roseland, NJ 07068 | | $2,225.09 | |
| Check | 7/30/2021 | 1016 | ADP - Workmen's Comp | ADP PAY-BY-PAY PAY-BY-PAY 927020387160JHD | One ADP Boulevard, Roseland, NJ 07068 | | $11.07 | |
| Check | 8/6/2021 | 1017 | ADP - Payroll Fees | ADP PAYROLL FEES ADP - FEES 2RJHD 7388981 | One ADP Boulevard, Roseland, NJ 07068 | | $76.04 | ADP Payroll - Chrissy Only |
| Check | 8/13/2021 | 1018 | ADP - Payroll and Taxes | ADP Tax ADP Tax ROJHD 081315A01 | One ADP Boulevard, Roseland, NJ 07068 | | $1,051.22 | ADP Payroll - Chrissy Only |
| Check | 8/13/2021 | 1020 | ADP - Payroll and Taxes | ADP WAGE PAY WAGE PAY 543057782135JHD | One ADP Boulevard, Roseland, NJ 07068 | | $2,225.09 | ADP Payroll - Chrissy Only |
| Check | 8/13/2021 | 1019 | ADP - Workmen's Comp | ADP PAY-BY-PAY PAY-BY-PAY 543057782136JHD | One ADP Boulevard, Roseland, NJ 07068 | | $11.07 | ADP Payroll - Chrissy Only |
| Check | 8/20/2021 | 1021 | ADP - Payroll Fees | ADP PAYROLL FEES ADP - FEES 2RJHD 7901144 | One ADP Boulevard, Roseland, NJ 07068 | | $79.09 | ADP Payroll - Chrissy Only |
| Check | 8/31/2021 | 1023 | ADP - Payroll and Taxes | ADP WAGE PAY WAGE PAY 702062791707JHD | One ADP Boulevard, Roseland, NJ 07068 | | $2,225.10 | ADP Payroll - Chrissy Only |
| Check | 8/31/2021 | 1022 | ADP - Workmen's Comp | ADP PAY-BY-PAY PAY-BY-PAY 702062791708JHD | One ADP Boulevard, Roseland, NJ 07068 | | $11.07 | ADP Payroll - Chrissy Only |
| Check | 9/1/2021 | 1024 | ADP - Payroll and Taxes | ADP Tax ADP Tax ROJHD 083116A01 | One ADP Boulevard, Roseland, NJ 07068 | | $1,051.21 | ADP Payroll - Chrissy Only |
| Check | 9/8/2021 | 5001 | Rosenfeld Insurance Agency | Memo:CHECK 5001 | | | $6,909.00 | Insurance |
| Check | 9/8/2021 | 1026 | | 115670536 Transfer to CHECKING 2001983 ON 9/08 AT 7:18 Payee:115670536 Transfer to CHECKING 2 | | | $4,742.24 | personal |
| Check | 9/10/2021 | 1025 | ADP - Payroll Fees | ADP PAYROLL FEES ADP - FEES 2RJHD 6050029 | One ADP Boulevard, Roseland, NJ 07068 | | $79.09 | ADP Payroll - Chrissy Only |
| Check | 9/15/2021 | 1029 | ADP - Payroll and Taxes | ADP Tax ADP Tax ROJHD 091517A01 | One ADP Boulevard, Roseland, NJ 07068 | | $1,051.22 | ADP Payroll - Chrissy Only |
| Check | 9/15/2021 | 1027 | ADP - Payroll and Taxes | ADP WAGE PAY WAGE PAY 692064270178JHD | One ADP Boulevard, Roseland, NJ 07068 | | $2,225.09 | ADP Payroll - Chrissy Only |
| Check | 9/15/2021 | 1028 | ADP - Workmen's Comp | ADP PAY-BY-PAY PAY-BY-PAY 692064270179JHD | One ADP Boulevard, Roseland, NJ 07068 | | $11.07 | ADP Payroll - Chrissy Only |
| Check | 9/15/2021 | 5003 | Robert Lutren Inc. | Service of Jeff Yatooma | | | $110.00 | ClientExpense |
| Check | 9/16/2021 | 1008 | | GROUPNET *LINCOLN NAT LIF 407268511 Payee:GROUPNET LINCOLN NAT LIF 4072685 | | | $16,445.00 | retirement fund |
| Check | 9/16/2021 | 1005 | | GROUPNET *LINCOLN NAT LIF 638089901 Payee:GROUPNET LINCOLN NAT LIF 6380899 | | | $46,500.00 | retirement fund |
| Check | 9/17/2021 | 5005 | Lapeer County Circuit Court | Georgetown Development v. Clemens Group Inc. et al. | | | $235.00 | ClientExpense |
| Check | 9/21/2021 | 5008 | Lapeer County Circuit Court | Georgetown Development v. Clemens | | | $25.00 | ClientExpense |
| Check | 9/24/2021 | 1030 | ADP - Payroll Fees | ADP PAYROLL FEES ADP - FEES 2RJHD 0136600 | One ADP Boulevard, Roseland, NJ 07068 | | $79.09 | ADP Payroll - Chrissy Only |
| Check | 9/30/2021 | 1007 | ADP - Payroll and Taxes | ADP Tax ADP Tax ROJHD 093018A01 | One ADP Boulevard, Roseland, NJ 07068 | | $1,051.22 | ADP Payroll - Chrissy Only |
| Check | 9/30/2021 | 1006 | ADP - Payroll and Taxes | ADP WAGE PAY WAGE PAY 702063177149JHD | One ADP Boulevard, Roseland, NJ 07068 | | $2,225.10 | ADP Payroll - Chrissy Only |
| Check | 9/30/2021 | | | ADP PAYBYPAY PAYBYPAY 702063177149JHD | One ADP Boulevard, Roseland, NJ 07068 | | $11.07 | ADP Payroll - Chrissy Only |
| Check | 9/30/2021 | | | SERVICE CHARGE | | | $32.99 | Bank charge |
| Check | 10/15/2021 | 1033 | ADP - Payroll Fees | ADP PAYROLL FEES ADP - FEES 2RJHD 4768414 | One ADP Boulevard, Roseland, NJ 07068 | | $79.09 | ADP Payroll - Chrissy Only |
| Check | 10/15/2021 | 1031 | ADP - Payroll and Taxes | ADP Tax ADP Tax ROJHD 101519A01 | One ADP Boulevard, Roseland, NJ 07068 | | $1,051.22 | ADP Payroll - Chrissy Only |
| Check | 10/15/2021 | 1032 | ADP - Payroll and Taxes | ADP WAGE PAY WAGE PAY 926421063477JHD | One ADP Boulevard, Roseland, NJ 07068 | | $2,225.09 | ADP Payroll - Chrissy Only |
| Check | 10/15/2021 | | | ADP PAYBYPAY PAYBYPAY 926421063478JHD | One ADP Boulevard, Roseland, NJ 07068 | | $11.15 | Payroll |
| Check | 10/22/2021 | | | ADP PAYROLL FEES ADP FEES 2RJHD 2062363 | | | $79.09 | ADP Payroll - Chrissy Only |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Central District of California

In re    **Legal Advocacy, P.C.**
_____    Case No.    **2:21-bk-18018**
                                                      Debtor(s)    Chapter    **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.    Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
      compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
      be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

|  |  |  |
|---|---|---|
| For legal services, I have agreed to accept | $ | 40,000.00 |
| Prior to the filing of this statement I have received | $ | 20,000.00 |
| Balance Due | $ | 20,000.00 |

2.    $ **1,717.00**   of the filing fee has been paid.

3.    The source of the compensation paid to me was:

      ☐ Debtor    ■ Other (specify):    **Bob Noll as gift to the debtor.**

4.    The source of compensation to be paid to me is:

      ☐ Debtor    ■ Other (specify):    **Third Party as gift to debtor.**

5.    ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

      ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
      copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

      a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
      b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
      c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
      d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
      e.  [Other provisions as needed]

7.    By agreement with the debtor(s), the above-disclosed fee does not include the following service:
      **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or
      any other adversary proceeding.**

---

### CERTIFICATION

      I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

| | |
|---|---|
| **November  1, 2021** | /s/ Vanessa M. Haberbush |
| _Date_ | **Vanessa M. Haberbush 287044** |
| | _Signature of Attorney_ |
| | **Haberbush, LLP** |
| | **444 West Ocean Boulevard** |
| | **Suite 1400** |
| | **Long Beach, CA 90802** |
| | **(562) 435-3456   Fax: (562) 435-6335** |
| | _Name of law firm_ |

---

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Vanessa M. Haberbush 287044**<br>**444 West Ocean Boulevard**<br>**Suite 1400**<br>**Long Beach, CA 90802**<br>**(562) 435-3456 Fax: (562) 435-6335**<br>California State Bar Number: 287044 CA | |

☐ *Debtor(s) appearing without an attorney*

☑ *Attorney for Debtor*

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

In re:

**Legal Advocacy, P.C.**




Debtor(s).

CASE NO.: **2:21-bk-18018**

CHAPTER: **11**

### VERIFICATION OF MASTER
### MAILING LIST OF CREDITORS

### [LBR 1007-1(a)]

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __3__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: __November  1, 2021__

*Christine L. Constantino, Jr.*
Signature of Debtor 1

Date: _____

_____
Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: __November  1, 2021__

/s/ Vanessa M. Haberbush
Signature of Attorney for Debtor (if applicable)

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                                    **F 1007-1.MAILING.LIST.VERIFICATION**

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Vanessa M. Haberbush 287044<br>444 West Ocean Boulevard<br>Suite 1400<br>Long Beach, CA 90802<br>(562) 435-3456 Fax: (562) 435-6335<br>California State Bar Number: 287044 CA | |
| ☒ *Attorney for:* Debtor | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br><br>Legal Advocacy, P.C.<br><br><br>Debtor(s). | CASE NO.: 2:21-bk-18018-VZ<br>ADVERSARY NO.:<br>CHAPTER: 11 |
|---|---|
| <br><br><br>Plaintiff(s), | **CORPORATE OWNERSHIP STATEMENT PURSUANT TO  FRBP 1007(a)(1) and 7007.1, and LBR 1007-4** |
| <br><br>Defendant(s). | [No hearing] |

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report.   This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding.   A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I, *(Printed name of attorney or declarant)* Christine Constantino, Jr. , the undersigned in the above-captioned case, hereby declare under penalty of perjury under the laws of the United States that the following is true and correct:

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                    Page 1                    **F 1007-4.CORP.OWNERSHIP.STMT**

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1. I have personal knowledge of the matters set forth in this Statement because:

   ☒ I am the president or other officer or an authorized agent of the Debtor corporation

   ☐ I am a party to an adversary proceeding

   ☐ I am a party to a contested matter

   ☐ I am the attorney for the Debtor corporation

2.a. ☐ The following entities, other than the Debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

   _____

   _____

   _____

   [For additional names, attach an addendum to this form.]

b. ☒ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.


Date: _____

By: *Christine L. Constantino, Jr.*
_____
Signature of Debtor, or attorney for Debtor

Name: Christine Constantino, Jr.
_____
Printed name of Debtor, or attorney for Debtor

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                    Page 2                    **F 1007-4.CORP.OWNERSHIP.STMT**